# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Initial Appearance

| | | | |
|---|---|---|---|
| Case Number: | 20mj1692 | UNITED STATES vs. Sanchez | |
| Hearing Date: | 10/5/2020 | Time In and Out: | 9:47 am-9:53 am |
| Courtroom Deputy: | C. Lopez | Courtroom: | ABQ-ZOOM |
| Defendant: | Krystal Sanchez | Defendant's Counsel: | Melissa Morris for Initial Only |
| AUSA: | Alexander Flores | Pretrial/Probation: | Mindy Pirkovic |
| Interpreter: | | Witness: | |

## Initial Appearance

- ☒ Defendant received a copy of charging document
- ☒ Court advises defendant(s) of possible penalties and all constitutional rights
- ☒ Defendant wants Court appointed counsel
- ☒ Government moves to detain
- ☐ Government does not recommend detention
- ☒ Set for Preliminary/Detention Hearing on Wednesday, October 07, 2020 @ 9:30 am via ZOOM

## Preliminary/Show Cause/Identity

- ☐ Defendant
- ☐ Court finds probable cause
- ☐ Court does not find probable cause

## Detention

- ☐ Defendant waives Detention Hearing
- ☐

## Custody Status

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☐ Matter referred to       for Final Revocation Hearing
- ☐