# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing

Arraignment

| | |  | |
|---|---|---|---|
| Case Number: | CR 20-1901 MV | UNITED STATES vs. SANCHEZ | |
| Hearing Date: | 10/23/2020 | Time In and Out: | 9:42-9:50 |
| Courtroom Deputy: | N. Maestas | Digital Recording: | ABQ Zoom |
| Defendant: | Krystal Sanchez | Defendant's Counsel: | Alexandra W. Jones |
| AUSA: | Niki Tapia-Brito | Pretrial/Probation: | Mindy Pirkovic |
| Interpreter: | | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Thursday, November 12, 2020
- ☒ Parties agree Standing Discovery Order to be electronically entered ☐ Discovery Order previously entered ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Judge Vazquez
- ☒ Trial will be scheduled by presiding judge ☐ Trial currently set
- ☐ Defendant waives Detention Hearing

## Custody Status

- ☒ Defendant previously detained
- ☐ Conditions

## Other

- ☒ Defendant waives personal presence at hearing/Court accepts Defendant's waiver