# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

## CLERK'S MINUTES

*Before the Honorable Martha Vázquez*

**Case No.:** CR 20-1901-MV      **Date:** November 19, 2021

**Title:** USA v. Krystal Sanchez, Adolpho Griego

**Courtroom Clerk:** Linda Romero      **Court Reporter:** Carmela McAlister

**Court in Session:** 4:10 p.m.      **Court in Recess:** 4:30 p.m.
    TOTAL TIME IN COURT = 20 minutes

**TYPE OF PROCEEDING:** Status Conference on Defendants' Motion to Continue December 13, 2021 trial date

**COURT'S RULINGS AND/OR DISPOSITION:** Court grants Motion to Continue

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:** Court

**INTERPRETER:**

**ATTORNEY(S) FOR PLAINTIFF:**

AUSA Niki Tapia-Brito

**ATTORNEY(S) FOR DEFENDANT:**

Alexandra Jones, Esq.

Marc Grano, Esq.

**PROCEEDINGS:**

4:10 p.m.    Court in Session, counsel state their appearances. All participants appeared by Zoom videoconference.

Court addresses parties regarding the Motions for Continuance and her concern about how long the defendants have been in custody. Court advises that these are the fourth motions to continue, but all the Motions say the same thing. Court advises that these defendants have been in custody for 411 days and yet the Motions say that investigation still needs to be conducted and motions need to be researched, which should have already been done. Court questions why the

                Motions state a plea offer has just been made, and wants information on why the plea offer is coming now instead of months ago.

                AUSA Niki Tapia-Brito responds that the defendants are all facing a great deal of time, and they are in the process of making some final reviews on the plea documents.   The offers were only extended within the last month because there are four inter-related cases, with one co-defendant in all four cases.   Ms. Tapia-Brito responds that the parties have been in active negotiations, and the case has been moving forward even though may not seem that way.

                Court questions defense counsel about trial preparation.   Defense counsel Alexandra Jones apologizes for being repetitive in her Motions, but that work has been done and the parties are in active negotiations.   Defense counsel Marc Grano also advises that the parties are in active negotiations.

                Court indicates that she will grant this continuance, but no further ones will be granted.

4:30 p.m.       Court in recess.